| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER | |
|---|---|
| Timothy P. Johnson  SBN 66333<br>LAW OFFICES OF TIMOTHY P. JOHNSON<br>1970 Old Tustin Avenue, Second Floor<br>Santa Ana, CA  92705<br>Telephone: 714-832-1170<br>Facsimile: 714-832-1179<br>Email:  tjohnson@johnson-chambers.com | |

ATTORNEYS FOR:  SquareTwo Financial Corporation

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| ANAIT OGANYAN | CASE NUMBER: |
|---|---|
| Plaintiff(s),<br>v.<br>SQUARETWO FINANCIAL, A Colorado Corporation, et al.<br>Defendant(s) | CV 11-10266-RGK-VBK<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  SQUARETWO FINANCIAL CORPORATION
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.  (Use additional sheet if necessary.)

**PARTY**                                                                 **CONNECTION**
(List the names of all such parties and identify their connection and interest.)


None




January 6, 2012                                                           _____
Date                                                                              Sign

                                                                                   Timothy P. Johnson
                                                                                   Attorney of record for or party appearing in pro per