MICHAEL R. SIMMONDS (SBN 96238)
msimmonds@snllp.com
R. TRAVIS CAMPBELL (SBN 271580)
tcampbell@snllp.com
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile:  (415) 352-2625

Attorneys for Defendant
Portfolio Recovery Associates, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANAIT OGANYAN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SQUARE TWO FINANCIAL, A Colorado Corporation, MIDLAND CREDIT MANAGEMENT, INC., A Kansas Corporation, and PORTFOLIO RECOVERY ASSOCIATES, LLC, A Delaware Limited Liability Company,<br><br>　　　　Defendants. | CASE NO. CV11-10226-RGK-VBK<br><br>[PROPOSED] JUDGMENT<br><br>Date:　July 30, 2012<br>Time:　9:00 a.m.<br>Crtrm.:　850<br><br>The Honorable R. Gary Klausner |

1  The motion of defendant Portfolio Recovery Associates, LLC for summary
2  judgment came on for hearing on July 30, 2012 before this Court. For the reasons
3  stated in the Court's Order Granting Defendant Portfolio Recovery Associates, LLC's
4  Motion for Summary Judgment, dated AUGUST 24, 2012, JUDGMENT is
5  hereby entered in favor of defendant Portfolio Recovery Associates, LLC and against
6  plaintiff Anait Oganyan.

8  IT IS SO ORDERED.

10 Dated: AUGUST 24, 2012      By: _____
11                                  The Honorable R. Gary Klausner
                                    United States District Judge