FILED
CLERK, U.S. DISTRICT COURT

OCT - 4 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANAIT OGANYAN,<br><br>    Plaintiff,<br><br>vs.<br><br>SQUARE TWO FINANCIAL, A Colorado Corporation, MIDLAND CREDIT MANAGEMENT, INC., A Kansas Corporation, and PORTFOLIO RECOVERY ASSOCIATES, LLC, A Delaware Limited Liability Company,<br><br>    Defendants. | CASE NO. CV11-10226-RGK-VBK<br><br>[PROPOSED] JUDGMENT RE:<br>ORDER GRANTING SANCTIONS |

1       In accordance with the Court's Order Granting Defendant Portfolio Recovery Associates, LLC's Motion for Sanctions Under Federal Rule of Civil Procedure 11, dated September 26, 2012,

      JUDGMENT IS HEREBY ENTERED in favor of defendant Portfolio Recovery Associates, LLC and against plaintiff, Anait Oganyan, and plaintiff's counsel, Arshak Bartoumian, jointly and severally, in the amount of $16,691.48.

Dated: OCT - 4 2012     By: _____
                                     The Honorable R. Gary Klausner
                                       United States District Judge